UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HASSANNA TAMIKA GRIER,

    Plaintiff,

v.                                         Case No. 8:24-cv-1743-WFJ-AEP

LELAND DUDEK, Acting
Commissioner of Social Security,[1]

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's complaint seeking judicial review of the Commissioner of the Social Security Administration's ("Commissioner") decision finding her not disabled, denying her disability insurance benefits, and denying her supplemental security income (Dkt. 1).  The United States Magistrate Judge issued a report recommending that the decision of the Commissioner be affirmed (Dkt. 12).  The time for filing objections has passed.

After an independent review of the record, the Court may accept, reject, or modify the Magistrate Judge's report and recommendation.  28 U.S.C. § 636(b)(1).

---

[1] Leland Dudek is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Commissioner Leland Dudek should be substituted for Commissioner Martin O'Malley as the defendant in this matter. No further action needs to be taken to continue this matter by reason of the last sentence of section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Having conducted an independent review of the record, the Court agrees with Judge Porcelli's thorough and well-reasoned report and recommendation. The Administrative Law Judge (ALJ) applied the correct legal standards and the ALJ's decision is supported by substantial evidence. It is therefore **ORDERED AND ADJUDGED** as follows:

1) The report and recommendation (Dkt. 12) is approved, confirmed, and adopted in all respects and is made a part of this order.

2) The Commissioner's final decision denying Plaintiff's claim for benefits is affirmed.

3) The Clerk is directed to enter final judgment in favor of the Commissioner, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Tampa, Florida, on February 26, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record
Plaintiff, *pro se*